In the Matter of GERALD B. SCHWARZ et al., Appellants. PAUL MONTALVO et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. We find that the rents fixed by the court at Special Term provide a reasonable return to the landlord under the circumstances. In affirming we do not necessarily approve all the rulings of the court with respect to certain items of

evidence that were adduced. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 275 App. Div. 660.]